[No. 3726-1.    Division One.    February 22, 1977.]

DON VICTOR BARNES, *Appellant*, v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 771309, Frank D. Howard, J., entered September 9, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1838-2.    Division Two.    February 22, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN J. O'CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-4957, Frank E. Baker, J., entered April 14, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 2252-2.    Division Two.    February 22, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE ROBERT DIENGER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 8787, Robert D. McMullen, J., entered January 23, 1976. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 2505-2.    Division Two.    February 23, 1977.]

MIKE HAGARA, SR., *Appellant*, v. MIKE HAGARA, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 67075, John H. Kirkwood, J., entered July 15, 1976. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Reed, J., and Ringold, J. Pro Tem.